UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KRISTY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No.  20-cv-04119-SVK<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND REQUESTS FOR JUDICIAL NOTICE**<br><br>Re: Dkt. Nos. 8, 8-1 |

On June 29, 2020, Defendant Costco Wholesale Corporation filed a motion to dismiss the complaint of Plaintiff Anthony Kristy pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. 8. Defendant also filed accompanying requests for judicial notice. Dkt. 8-1. On July 13, 2020, Plaintiff filed a First Amended Complaint as permitted under Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. 11. Accordingly, the Court **DENIES AS MOOT** Defendant's motion to dismiss (Dkt. 8) and requests for judicial notice (Dkt. 8-1) and vacates the motion hearing set for August 4, 2020 at 10:00 a.m.  *See Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011).

**SO ORDERED.**

Dated: July 21, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge